

Entered pursuant to Administrative Order No. 14-07:
Kenneth J. Hirz, Clerk of Bankruptcy Court
By: /s/ Stephanie Pete
    Deputy Clerk

**Dated: 02:13 PM January 28 2016**

CHAPTER 13
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ) | CASE NO: 15-52871-amk |
| DENNIS C. LEA ) | |
| BARBARA A. LEA ) | BANKRUPTCY JUDGE ALAN M. KOSCHIK |
| ) | |
| ) | |
| Debtor(s) ) | |

**AGREED ENTRY FOR ADEQUATE PROTECTION PAYMENTS TO BE MADE BY THE CHAPTER 13 TRUSTEE PRIOR TO CONFIRMATION PURSUANT TO 11 U.S.C. SECTION 1326**

Now comes Keith L. Rucinski, Chapter 13 Trustee, by and through undersigned counsel and the debtor(s), in this case, by and through undersigned counsel, and hereby agree to have the Chapter 13 Trustee make adequate protection payments prior to confirmation to the following creditors:

| Creditor and Collateral | Account # | Payment Address (Not Notice Address) | Amount |
|---|---|---|---|
| Tidewater Motor Credit (2009 Ford Fusion) | xxx-4133 | P.O. Box 37904 Charlotte, NC 28237-7904 | $175.00 |
| GM Financial Services (2008 Ford Fusion) | xxx-3130 | P.O. Box 78143 Phoenix, AZ 85062 | $147.00 |
| | | | |

1) The plan was filed on November 30, 2015.
2) The debtor(s) shall make their first payment to the Trustee by no later than 20 days from the above filing date in the amount of **$2,200.00**. Thereafter, the debtors must make payments to the Trustee by the 20th of each month.
3) The Trustee shall offset any claims the above creditor(s) may file by the amount of the adequate protection payments.
4) The Trustee will begin paying the above creditor(s) the first adequate protection payments the last business day of the month following the filing date.
5) The Trustee shall be allowed the ordinary and customary Trustee fee on adequate protection payments made to creditors prior to confirmation.
6) The Trustee will cease making the adequate protection payments as soon as the plan is confirmed or this case is dismissed or converted.
7) The Trustee shall have no liability for failure to make adequate protection payments based on the failure of the debtor to make timely payments to the Trustee or into the Chapter 13 plan.
8) If a creditor, who is the subject of this order, objects to the adequate protection payments detailed in this order, the creditor shall file an objection to this agreed entry with the U.S. Bankruptcy Court in Akron, Ohio, within 20 days of the date on this agreed entry.
9) Pursuant to 11 U.S.C. Section 102, if no party in interest requests a hearing on this agreed entry, the Chapter 13 Trustee is authorized and directed to make adequate protection payments to the creditor(s) as detailed in this order.

###

**BE IT SO ORDERED:**

Approved by:

| | |
|---|---|
| Keith Rucinski | /s/ Donald Luke Ross |
| Chapter 13 Trustee | Donald Luke Ross |
| Ohio Reg. No. 0063137 | Attorney for Debtors |
| One Cascade Plaza, #2020 | Ohio Reg. No. 0085914 |
| Akron, Ohio 44308 | 109 W. Liberty Street |
| Phone: 330-762-6335, ext. 223 | Medina, Ohio 44256 |
| Fax: 330-762-7072 | Phone: 330-725-8816 |
| krucinski@ch13akron.com | Fax: 330-723-5448 |
| | dlross@medina-legal.com |

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

cc: The parties and/or their attorneys were served as follows:

*Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's electronic mail list:*

- Donald Luke Ross, on behalf of the debtors, at: dlross@medina-legal.com; ross.donald.luke@gmail.com;
- Keith Rucinski, Chapter 13 trustee, at: krucinski@ch13akron.com;

*And by regular U.S. Mail, postage prepaid, on the creditors for the secured debts at the notice addresses as follows:*

Tidewater Motor Credit
P.O. Box 13306
Chesapeake, VA  23325

GM Financial
P.O. Box 183593
Arlington, TX  76096

*And on the Debtors as follows:*

Dennis and Barbara Lea
4219 Western Reserve
Brunswick, OH  44212